JASON R. FLANDERS, SBN 238007
J. THOMAS BRETT, SBN 315820
LYDIA V. WOOD, SBN 323786
AQUA TERRA AERIS (ATA) LAW GROUP
490 43rd Street, Suite 108
Oakland, CA 94609
Telephone: (916) 202-3018
Email:  jrf@atalawgroup.com
        jtb@atalawgroup.com
        lw@atalawgroup.com

M. BENJAMIN EICHENBERG, SBN 270893
SAN FRANCISCO BAYKEEPER
1736 Franklin Street, Suite 800
Oakland, California 94612
Telephone: (510) 735-9700
Facsimile: (510) 735-9160
Email: ben@baykeeper.org

**Attorneys for Plaintiffs**
*SAN FRANCISCO BAYKEEPER*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SONOMA HORSE PARK; HEADLANDS MANAGEMENT, INC.; BURGUNDY FARMS, LLC; and HOWARD HERMAN,<br><br>　　　　　Defendants. | Case No.: 4:19-CV-05636-KAW<br><br>**NOTICE OF LODGING OF [PROPOSED] CONSENT DECREE** |

**PLEASE TAKE NOTICE** that the parties have reached a tentative settlement in this proceeding. Their agreement is reflected in the proposed Consent Decree attached to this notice as "Exhibit A," of which, a copy was received by the United States Department of Justice ("DOJ") and the United States Environmental Protection Agency ("EPA") on January 3, 2020 for a 45-day review period as required under Section 135.5 of Title 40 of the Code of Federal Regulations. The 45-day review period ended on February 17, 2020 and the DOJ does not object to its entry by this Court.

DATED: February 18, 2020                                            AQUA TERRA AERIS LAW GROUP

/s/Jason R. Flanders
Jason R. Flanders
*Attorney for Plaintiff*
San Francisco Baykeeper