JASON R. FLANDERS, SBN 238007
J. THOMAS BRETT, SBN 315820
LYDIA V. WOOD, SBN 323786
AQUA TERRA AERIS (ATA) LAW GROUP
490 43rd Street, Suite 108
Oakland, CA 94609
Telephone: (916) 202-3018
Email:  jrf@atalawgroup.com
           jtb@atalawgroup.com
           lw@atalawgroup.com

M. BENJAMIN EICHENBERG, SBN 270893
SAN FRANCISCO BAYKEEPER
1736 Franklin Street, Suite 800
Oakland, California 94612
Telephone: (510) 735-9700
Facsimile: (510) 735-9160
Email: ben@baykeeper.org

<u>Attorneys for Plaintiffs</u>
*SAN FRANCISCO BAYKEEPER*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>SONOMA HORSE PARK; HEADLANDS MANAGEMENT, INC.; BURGUNDY FARMS, LLC; and HOWARD HERMAN,<br><br>　　　　　　Defendants. | Case No.: 4:19-CV-05636-KAW<br><br>**[PROPOSED]** **ORDER ENTERING CONSENT DECREE AND DISMISSING COMPLAINT** |

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that the Consent Decree lodged by Plaintiff on February 18, 2020, is entered as an Order of the Court;

That Court shall retain jurisdiction over Civil Case No. 4:19-CV-05636-KAW for the sole purpose of enforcing compliance by the Settling Parties with the terms of the Consent Decree; and,

That Plaintiff's claims against Defendant Sonoma Horse Park, et al., as set forth in Civil Case No. 4:19-CV-05636-KAW, are Dismissed with prejudice pursuant to FRCP 41(a)(2).

IT IS SO ORDERED.

DATED:  February 27, 2020



_____
Hon. 
U.S. 
Northern District of California

[PROPOSED] ORDER ENTERING CONSENT DECREE AND DISMISSING COMPLAINT

ATA Law Group
490 43rd Street, Suite 108
Oakland CA 94608
916-202-3018