JASON R. FLANDERS, SBN 238007
J. THOMAS BRETT, SBN 315820
AQUA TERRA AERIS (ATA) LAW GROUP
490 43rd Street, Suite 108
Oakland, CA 94609
Telephone: (415) 568-5200
Email:  jrf@atalawgroup.com
        jtb@atalawgroup.com

M. BENJAMIN EICHENBERG, SBN 270893
NICOLE C. SASAKI, SBN 298736
SAN FRANCISCO BAYKEEPER
1736 Franklin Street, Suite 800
Oakland, California 94612
Telephone: (510) 735-9700
Facsimile: (510) 735-9160
Email: ben@baykeeper.org
Email: nicole@baykeeper.org

Attorneys for Plaintiff
SAN FRANCISCO BAYKEEPER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER,<br><br>                        Plaintiff,<br>      v.<br>SONOMA HORSE PARK; HEADLANDS MANAGEMENT, INC.; BURGUNDY FARMS, LLC; and HOWARD HERMAN,<br><br>                        Defendants. | Civil No. 4:19-cv-05636-KAW<br><br>[PROPOSED] FIRST AMENDMENT TO CONSENT DECREE<br><br>(Federal Water Pollution Control Act, 33 U.S.C. § 1251 *et seq.*)<br><br>Magistrate Judge Kandis A. Westmore |

**FIRST AMENDMENT TO CONSENT DECREE**

This First Amendment to Consent Decree ("First Amendment") is entered into by and between San Francisco Baykeeper ("Baykeeper") and Defendants Howard Herman, Sonoma Horse Park; and Sonoma Horse Park doing business as Riverside Equestrian Center (collectively, the "SHP Parties") (collectively, the "Settlement Parties") for the purpose of modifying certain terms in the Consent Decree.

**RECITALS**

WHEREAS, to resolve the lawsuit brought by Baykeeper against SHP Parties under the Federal Water Pollution Control Action, 33 U.S.C. section 1251 *et seq.*, the Settlement Parties agreed to resolve the lawsuit through settlement to avoid the costs and uncertainties of further litigation;

WHEREAS, the Court entered the Consent Decree ("2019 Consent Decree") between Baykeeper and SHP Parties as an Order of the Court on February 27, 2020, *see* Dkt. 19;

WHEREAS, due to the coronavirus pandemic and associated shelter-in-place orders, Sonoma County officials have advised SHP Parties to cancel several horse shows, impacting SHP Parties' revenue;

WHEREAS, paragraph 24 of the 2019 Consent Decree requires SHP Parties to tender payment to Baykeeper in the amount of $70,000 by May 31, 2020;

WHEREAS, SHP Parties do not presently have the income for this payment;

WHEREAS, in order to allow time for Sonoma County officials to reassess whether SHP Parties should cancel the remainder of its scheduled horse shows, the Settlement Parties wish to amend the 2019 Consent Decree to extend this payment's due date.

**NOW THEREFORE, IT IS HEREBY STIPULATED BETWEEN THE SETTLEMENT PARTIES AND ADJUDGED, ORDERED, AND DECREED BY THE COURT AS FOLLOWS:**

1. Paragraph 24 of the 2019 Consent Decree shall be amended as follows:

    Reimbursement of Fees and Costs: SHP Parties shall reimburse Baykeeper in the amount of one hundred thousand dollars ($100,000) to help cover Baykeeper's reasonable investigation, expert, and attorneys' fees and costs, and all other reasonable

costs incurred as a result of investigating the activities at the Facility related to this 2019 Consent Decree, bringing these matters to SHP Parties' attention, and negotiating a resolution of this action. SHP Parties shall tender said payment, payable to Baykeeper in three installments: (1) $10,000 within thirty (30) days of the Effective Date of the 2019 Consent Decree; (2) $70,000 by August 21, 2020; and $20,000 by August 31, 2020.

2. Baykeeper shall submit this First Amendment to the U.S. Department of Justice (DOJ) and the U.S. Environmental Protection Agency within three (3) business days of the Settlement Parties' execution of this First Amendment for agency review consistent with 40 C.F.R. § 135.5. After DOJ has notified the Court or the Parties that it does not object to the First Amendment or the 45-day agency review period has expired, whichever is earlier, Baykeeper shall promptly request that the Court enter this First Amendment.

3. The Effective Date of the First Amendment shall be the date on which the Settling Parties have fully executed the First Amendment.

4. All other terms and conditions in the 2019 Consent Decree not modified by this First Amendment shall remain in full force and effect.

The Settlement Parties hereto enter into this First Amendment to Consent Decree, Order and Final Judgment and submit it to the Court for its approval and entry as a final judgment.

APPROVED AS TO CONTENT

SAN FRANCISCO BAYKEEPER

Date: 6/5/2020

*[signature]*

SEJAL CHOKSI-CHUGH

Executive Director

HOWARD HERMAN

Date: 6/7/20

_____

HOWARD HERMAN

SONOMA HORSE PARK

Date: 6/7/20

_____

HOWARD HERMAN
President and CEO

SONOMA HORSE PARK DOING BUSINESS AS RIVERSIDE EQUESTRIAN CENTER

Date: 6/7/20

_____

HOWARD HERMAN
Registered Agent

APPROVED AS TO FORM

Dated: June 5, 2020          SAN FRANCISCO BAYKEEPER

                             By: _____
                             Nicole C. Sasaki
                             Attorney for Plaintiff

Dated: 6/7 2020              HOWARD HERMAN

                             By: _____
                             Howard Herman
                             Attorney for Defendants

[PROPOSED] FIRST AMENDMENT TO CONSENT DECREE Case No. 4:19-cv-05636-KAW

1   IT IS SO ORDERED, this  13  day of   August 2020            .

3   UNITED STATES DISTRICT COURT

4   NORTHERN DISTRICT OF CALIFORNIA

_____

Honorable Kandis A. Westmore
United States Magistrate Judge

